UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAULINE G FEIST                    CIVIL ACTION NO.
                                   JURY TRIAL DEMANDED
v

LOUISIANA STATE DEPARTMENT         JUDGE:
       OF JUSTICE                  Magistrate Judge:

# COMPLAINT

### Jurisdiction and venue

1. Jurisdiction is based on 42 USC sec 2000e. Venue in this district is proper because all acts complained of occurred within this district.

### Parties

2. Plaintiff is Pauline Feist. She was employed as an Assistant Attorney General by the State of Louisiana in its medical malpractice section in New Orleans until April 14, 2009 at a rate of $28.35 when she was terminated. The State of Louisiana is made defendant.

### Right-to-sue letter

3. Plaintiff filed an EEOC charge for retaliatory discharge and obtained a Right-to-sue letter dated April 19, 2011.

### Conduct complained of

4. Plaintiff was discharged on April 14, 2009 for the purported reason that she had mishandled a recent case.

5. Plaintiff contends that this reason is pretext and that the real reason was retaliation for her complaint of failure to accommodate her with a parking space because of her race and gender, despite her disability, and another complaint for gender- based pay discrimination

## Relief sought

6. Plaintiff seeks all equitable and legal relief, including back and front pay with full benefits, legal interest from judgment, if any, damages for emotional distress, attorney fees, costs, and trial by jury.

    Respectfully submitted,
    /s/ J Courtney Wilson 13561
    1510 Veterans Blvd
    Metairie, La 70005
    (T) 504/832-0585
    (F) 504/'846-2400
    E/m cwilson@courtlaw.net