UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAULINE G FEIST                         CIVIL ACTION NO.  11-01585
                                        JURY TRIAL DEMANDED
v

LOUISIANA STATE DEPARTMENT              JUDGE: LEMMON
       OF JUSTICE                       Magistrate Judge:   Shushan

### PLAINTIFF'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

### Jurisdiction and venue

1. Jurisdiction is based on 42 USC sec 2000e.  Venue in this district is proper because all acts complained of occurred within this district.

### Parties

2. Plaintiff is Pauline Feist.  She was employed as an Assistant Attorney General by the State of Louisiana in its medical malpractice section in New Orleans until April 14, 2009 at a rate of $28.35 when she was terminated.  The State of Louisiana is made defendant.

### Right-to-sue letter

3. Plaintiff filed an EEOC charge for retaliatory and racially discriminatory discharge and obtained a Right-to-sue letter dated April 19, 2011.

### Conduct complained of

4. Plaintiff was discharged on April 14, 2009 for the purported reason that she had mishandled two recent cases.

5. Plaintiff contends that this reason is pretext and that the real reasons were retaliation for: (1)  her EEOC charge of failure to accommodate her with a parking space (with the added allegations that the failure to accommodate was because of her race and gender); (2) an earlier EEOC charge of gender- based pay discrimination; and (3) the perception by the Attorney General that plaintiff had "gone over his head" and complained to Sen. Karen Carter Peterson that she was being denied the accommodation of a parking space

with the added allegation of racial and gender discrimination.  This perception was formed on or about April 1, 2009 when the Attorney General was questioned about an accommodation in relation to a parking space at an appropriations hearing.

## Relief sought

6. Plaintiff seeks all equitable and legal relief, including back and front pay with full benefits, legal interest from judgment, if any, damages for emotional distress, attorney fees, costs, and trial by jury.

                Respectfully submitted,
                /s/ J Courtney Wilson 13561
                1510 Veterans Blvd
                Metairie, La 70005
                (T) 504/832-0585
                (F) 504/'846-2400
                E/m cwilson@courtlaw.net

Certificate

I certify that I have this date filed the above via ECF which automatically serves opposing counsel.

7/10/11                                         /s/ J Courtney Wilson 13561