UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAULINE G. FEIST                              CIVIL ACTION

VERSUS                                         NO: 09-7060 c/w 11-1585

STATE OF LOUISIANA,                            SECTION: "S" (1)
DEPARTMENT OF JUSTICE

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, the State of Louisiana, Department of Justice, and against the plaintiff, Pauline G. Feist, **DISMISSING** the complaint and amended complaints.

New Orleans, Louisiana, this __2nd__ day of July, 2014.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE